IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01751-GPG

TAMARA AIONA,

    Plaintiff,

v.

SOCIAL SECURITY DISABILITY,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Tamara Aiona, filed *pro se* a Complaint (ECF No. 1), an Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 3), and a "Notice of Appeal" (ECF No. 4). She has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

    On August 18, 2015, the Court found that the Complaint was deficient because it did not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. For example, the Court explained to Plaintiff that if she was attempting to seek judicial review of a decision denying her claim for social security disability benefits she needed to allege when the Commissioner denied her claim for benefits and the reason her claim was denied. The Court ordered Plaintiff to file an amended complaint that complied with Rule 8 within thirty days of the Order if she wished to pursue her claims. Plaintiff was warned that if she failed to file an amended complaint within the time allowed, the action would be dismissed without prejudice without further notice. Plaintiff was further warned that the dismissal may act as a dismissal with prejudice if

the time for filing an action seeking review of the denial of social security benefits expires. *See Rodriguez v. Colorado,* 512 F. App'x 670, 671-72 (10th Cir. 2013); *see also* 42 U.S.C. § 405(g) (civil action must be commenced "within sixty days after the mailing" of the notice of the final decision of the Commission of Social Security).

Plaintiff has not filed an amended complaint or cured the designated deficiencies in the original filing. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies within the time allowed. Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal she also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure the deficiencies and file an amended complaint as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  24th  day of    September   , 2015.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court